IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff,* | DOCKET NO. 3:25-CR-35 |
| vs. | **DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO SUPPRESS** |
| TRAVIS LEBRON MILLER, | |
| *Defendant.* | |

Travis Lebron Miller, by and through counsel, Assistant Federal Public Defender Mary Ellen Coleman, notifies the Court of the withdrawal of his pending Motion to Suppress and Memorandum of Law (Doc. 19). The withdrawal of the Motion is made as a part of a negotiated resolution of the case. Mr. Miller has filed a written Plea Agreement and Factual Basis (Docs. 22 & 23) and is scheduled for a Plea Hearing for Thursday, October 23, 2025. He no longer seeks a ruling on the Motion.

Dated: October 8, 2025

Respectfully Submitted,

s/**Mary Ellen Coleman**
Mary Ellen Coleman
NC Bar 45313
Assistant Federal Public Defender
Attorney for Defendant
Federal Public Defender for the
Western District of North Carolina
1 Page Avenue, Suite 210
Asheville, NC 28801
Phone: (828) 232-9992
Fax: (828) 232-5575
E-Mail: Mary_Ellen_Coleman@fd.org

1